# EXHIBIT A

 UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                        :
NEF HOLDINGS, LLC,                      :
                                        :
                      Plaintiff,        : Case No.: 1:23-cv-6309(JPC/KHP)
                                        :
          v.                            :
                                        :
C AND H PAVING, INC. and BENJAMIN       : CLERK'S CERTIFICATE
CRANFORD, JR.,                          : OF DEFAULT
                                        :
                      Defendants.       :
_____ :

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 24, 2023 with the filing of a summons and complaint, a copy of the Notice of Lawsuit and Request to Waive Service of Summons, a copy of the complaint, and the Waiver of Service Form for C and H Paving, Inc. was served via Federal Express on Defendant C and H Paving, Inc., c/o Benjamin Cranford, Jr., as registered agent for C and H Paving, Inc. at 204 Main Street, P.O. Box 1809, Thomson, GA 30824 on August 2, 2023, and that on August 18, 2023, Defendant C&H filed a Waiver of the Service of Summons signed by Benjamin Cranford as the registered agent for Defendant C&H in which it acknowledged that an answer or motion under Rule 12 of the Federal Rules of Civil Procedure was required to be filed within 60 days from August 2, 2023.  [ECF 15].

     I further certify that the docket entries indicate that Defendant C and H Paving, Inc. has not filed an answer or otherwise moved with respect to the complaint herein or on before November 13, 2023, as required by Judge Parker's Order Scheduling Initial Case Management Conference dated October 3, 2023.  [ECF 19].  The default of the defendant is hereby noted.

Dated: New York, New York
_____, 2023

RUBY J. KRAJICK
Clerk of Court

By:_____
        Deputy Clerk

2