```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/01/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEF HOLDINGS, LLC,

                                        Plaintiff,

              -against-

C AND H PAVING, INC. AND BENJAMIN
CRAWFORD, JR.,

                                        Defendants.

**ORDER CONVERTING
TELEPHONIC CASE
MANAGEMENT CONFERENCE TO
MICROSOFT TEAMS**

**23-CV-6309 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The telephonic Case Management Conference in this matter scheduled for **Tuesday, March 5, 2024 at 12:00 p.m.** is hereby **converted to Microsoft Teams.** At the scheduled time, the parties shall dial **+646-453-4442, conference ID 421114172#.**

**The Clerk of Court is requested to mail a copy of this order to the Defendant.**

Dated: New York, New York
          February 1, 2024

                         SO ORDERED.

                         _____
                         KATHARINE H. PARKER
                         United States Magistrate Judge