USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEF HOLDINGS, LLC,

                Plaintiff,

-against-

C AND H PAVING, INC. and BENJAMIN CRANFORD, JR.,

                Defendants.

23-CV-06309 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Katharine H. Parker for all General Pretrial Purposes, including settlement.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 29, 2024

       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge