# **EXHIBIT F**

**After recording return to:**
Canaan C. Cranford
P. O. Box 1809
Thomson, Georgia 30824

FILED IN OFFICE
05/10/2022 12:51PM
Deed            Doc: GIFD
Recorded 05/10/2022 12:51PM
Georgia Transfer Tax Paid :   $0.00
CYNTHIA CHEELEY-LAZENBY
Clerk Superior Court, WARREN County, Ga.
Bk 0010F   Pg 0645-0649
Rct#38960

**TITLE NEITHER SEARCHED NOR CERTIFIED**

## DEED OF GIFT

THIS INDENTURE made this 3rd day of May, 2022, by and between

### BENJAMIN C. CRANFORD, JR.

as party or parties of the first part, hereinafter referred to as "Grantor," and

### CANAAN C. CRANFORD

as party or parties of the second part, hereinafter referred to as "Grantee," the words "Grantor" and "Grantee" to include the masculine and feminine gender, the singular and the plural, and the respective heirs, legal representatives, successors and assigns of the parties where the content requires or permits;

### WITNESSETH:

FOR AND IN CONSIDERATION of the sum of One Dollar and other good and valuable consideration in hand paid to Grantor by Grantee at and before the execution, sealing, and delivery hereof, the receipt of which is hereby acknowledged, Grantor has and hereby does grant, bargain, sell, and by these presents does remise, convey, and forever quitclaim to Grantee any and all of the interest of Grantor in and to the following described property, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN

This deed was prepared at the direction of the Grantor and Grantee without benefit of search of the official records of the Clerk of Superior Court of Warren County, Georgia, and without certification or representation to said parties as to the marketability of title of the subject property.

TO HAVE AND TO HOLD the said described premises to Grantee so that neither Grantor, nor any person or persons claiming under Grantor, by any means or ways, have claim or demand any right to title to said premises, or appurtenances, or any rights thereof.

1

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

Signed, sealed, and delivered in the presence of:

Gloria M Mitchell
Witness

_____ (Seal)
BENJAMIN C. CRANFORD, JR.

Notary Public
My Commission Expires:
Comm. Exp. 02/07/23

2

## EXHIBIT "A"

(Subject to any outstanding indebtedness)

Tract I

ALL that tract or parcel of land, with improvements thereon, situate, lying and being in the 425th District G.M. of Warren County, Georgia, containing 20 acres and being more particularly described as Parcel "A" on Plat prepared by T. Larry Rachels, R.L.S. No. 1730, dated August 23, 1983, copy of which is recorded in Plat Book 9 at Page 38 in the Office of the Clerk of Superior Court of Warren County, Georgia, and to which Plat and the official record thereof reference is hereby specifically made in aid of and for a more complete and detailed description of said tract as to its courses, bounds, metes and distances.

This property is known as Map 58 Parcel 062C (20 acres E/S Washington Hwy) according to the present tax mapping system of the Warren County Tax Assessors Office.

Tract II

ALL that tract or parcel of land, lying and being in the Town of Camak, 155th District, G.M., Warren County, Georgia, containing a storehouse thereon and fronting 28 feet on Railroad Street in said Town of Camak. Said property is bounded, now or fromerly as follows: North by an alley or as street; East by lands and building occupied by Allison Kitchens and a vacant lot in rear of said Kitchen's Store; South by Railroad Street; and on the West by storehouse occupied by W.H. Guill and lands of T.A. Walden. This Deed conveys the easement and right to use and maintain the present entrance leading from Railroad Street through storehouse now or formerly owned by B.P. Johnson to second story of above described storehouse. The side walls of the building on the premises herein conveyed are joint walls and only an undivided interest is conveyed therein.

This is the same property conveyed from Kenneth Jones to Benji Cranford by Warranty Deed under date of August 6, 2012, copy of which is recorded in Deed Book 0008X, Pages 0659-0660.

Map C01, Parcel 021

Tract III

ALL that lot or parcel of land, with improvements thereon, situate, lying and being in the Town of Camak, Warren County, Georgia, fronting 27 feet, more or less, on the North side of

Railroad Street, and bounded, now or formerly as follows: on the North by an alley; on the East by Luna Doolittle Estate; on the South by Railrod Street; and on the West by other property of C.W. Nason and Sare E. Nason.

This is the same property conveyed from Kenneth Jones to Benji Cranford by Warranty Deed under date of August 6, 2012, copy of which is recorded in Deed Book 0008X, Pages 0659-0660, Warren County Clerk's Office.

Map C01, Parcel 022

Tract IV

ALL lot tract or paracel of land lying and being in the City of Norwood, 158th District, G.M., Warren County, Georgia, consisting of 0.72 acre, more or less, located on the north side of Ridge Road and the west side of McGinty Street, and being more particularly shown as Lot 13 of Norwood Estates on Plat of survey thereof prepared by T. Larry Rachels, Ga. R.L.S. No. 1730, dated May 22, 2003, and recorded in Plat Record A-287-F, Clerk's Office, Warren County Superior Court. Said plat and the official record thereof is incorporated herein for further description of said property as to metes and bounds, courses and distances.

This is the same property conveyed from Charles H. Hall, Jr. to Benjamin C. Cranford, Jr. by deed dated June 5th, 2020, and recorded in Deed Book 0009W, Pages 0600-0601, Warren County Clerk's Office.

Said property is conveyed subject to Protective Covenants for Norwood Estates dated April 30, 2002, and recorded in Deed Book 6X, Page 182, said Clerk's Office.

Map 034, Parcel 018N

Tract V

ALL that tract and parcel of land lying and being in the 153rd Militia District of Warren County, Georgia, as shown by plat of survey dated November 15, 1973, showing a lot cut from other lands of Norman Johnson known as lot number five (5) and being more particularly described as follows: Beginning at a Hickory Tree on the southerly side of the Johnson Lake and said Hickory Tree being south of roads and lands of Daniel Swint and proceeding south 1 degree 30 minutes west one hundred ninety-nine feet (199') to an iron pin; thence north 82' 30 minutes east one hundred Fifty-One feet (151') to an iron pin; thence north 80' 30 minutes two hundred Feet (200) to an iron pin; thence north 84' 15 minutes west forty one feet and six inches; (41' 6") to a Pine Tree; thence south 75 degrees west forty one feet and six inches (41' 6") to a Pine Tree; thence South 58 degrees 45 minutes west twenty-four feet and one inch (24.1") to an iron pin; thence south 79 degrees west twenty-eight feet and nine inches (28' 9") to a Sweet Gum Tree; thence north 82 degrees 30 minutes west forty-six feet (46') to a Hickory Tree and the point of beginning.

This is the same property conveyed by a Sheriff's Tax Deed to Benjamin Cary Cranford, Jr. on October 2, 2001, and recorded in Deed Book 6R, Pages 79-80, in Warren County

Map 061A, Parcel 007

Tract VI

ALL that lot or parcel of land lying and being in the 153rd District, G.M., Warren County, Georgia, located south of Johnson Lake Road and being more particularly shown on a plat of survey thereof prepared by Norman Johnson, Surveyor, dated November 15, 1973, and recorded in Plat Book 6, Page 46, Clerk's Office, Warren Superior Court. Said plat and the official record thereof is incorporated herein for a more complete description of said property as to metes and bounds, courses and distances.

This is the same property conveyed from Ray Anne Wood Causey to Benjamin C. Cranford, Jr. by deed dated April 30, 2009, and recorded in Deed Book 8J, Pages 164-165, said Clerk's Office.

Map 061A, Parcel 009

Tract VII

ALL that lot or parcel of land, together with all buildings and improvemetns thereon, situate, lying and being in the State of Georgia, County of Warren, being in the 153rd District, G.M., as shown on a plat of survey dated November 15, 1973, showing a lot cut from other lands of Norman Johnson, said plat being recorded in the Office of the Clerk of the Superior Court of Warren County, Georgia, in Plat Book 4, Page 86 (now Plat Cabinet A, Slide A 101). Refernce is herby made to said plat for a more complete and accurate description as to metes, bounds and location of said property.

Also conveyed herewith is a right-of-way easement for Jefferson Energy Cooperative, dated May 8, 2006, in Book 74, Page 231, said records.

Map 061A, Parcel 011