# **EXHIBIT G**

423

JEFFERSON COUNTY, GEORGIA
Real Estate Transfer Tax
Paid $ 0.00
Date 4-14-2022

*Deputy Clerk of Superior Court*

**After recording return to:**
Benjamin C. Cranford, III
P. O. Box 1809
Thomson, Georgia 30824

PT-61 # 081-2022-000278

GEORGIA, JEFFERSON COUNTY
OFFICE OF CLERK OF SUPERIOR COURT
FILED FOR RECORD APRIL 14, 2022
AT 3 O'CLOCK P.M.
RECORDED APRIL 14, 2022 IN
DEED BOOK 622 PAGE 423-425
DEPUTY CLERK

**TITLE NEITHER SEARCHED NOR CERTIFIED**

## QUITCLAIM DEED

THIS INDENTURE made this 9th day of February, 2022, by and between

### BENJAMIN C. CRANFORD, JR.

as party or parties of the first part, hereinafter referred to as "Grantor," and

### CANAAN C. CRANFORD and BENJAMIN CRANFORD, III.

as party or parties of the second part, hereinafter referred to as "Grantee," the words "Grantor" and "Grantee" to include the masculine and feminine gender, the singular and the plural, and the respective heirs, legal representatives, successors and assigns of the parties where the content requires or permits;

### WITNESSETH:

FOR AND IN CONSIDERATION of the sum of One Dollar and other good and valuable consideration in hand paid to Grantor by Grantee at and before the execution, sealing, and delivery hereof, the receipt of which is hereby acknowledged, Grantor has and hereby does grant, bargain, sell, and by these presents does remise, convey, and forever quitclaim to Grantee any and all of the interest of Grantor in and to the following described property, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN

This deed was prepared at the direction of the Grantor and Grantee without benefit of search of the official records of the Clerk of Superior Court of Hancock County, Georgia, and without certification or representation to said parties as to the marketability of title of the subject property.

TO HAVE AND TO HOLD the said described premises to Grantee so that neither Grantor, nor any person or persons claiming under Grantor, by any means or ways, have claim or demand any right to title to said premises, or appurtenances, or any rights thereof.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

1

424

Signed, sealed, and delivered in the presence of:

_Gloria M Mitchell_
Witness

_Candace C. Oubre_
Notary Public
My Commission Expires:

[Notary Seal: CANDACE COLVIN OUBRE, NOTARY PUBLIC, McDUFFIE COUNTY, GA, Comm. Exp. 02/07/23]

_____ (Seal)
BENJAMIN C. CRANFORD, JR.

2

425
286

## EXHIBIT A

TRACT 1

All that lot, tract, or parcel of land, situate, lying, and being in the 81st G.M.D. of Jefferson County, Georgia, containing in the aggregate 6.86 acres, more or less, and being further described as follows, to-wit: ALL THAT LOT, TRACT, OR PARCEL OF LAND, situate, lying, and being in the 81st G.M.D. of Jefferson County, Georgia, being shown and designated as Tract B, containing 12.93 acres, more or less, on that certain plat of survey, prepared by W.C. Howell, Georgia R.L.S. No. 2287, under date of December 28, 2010, recorded in Plat Book 3 at page 206 in the Office of the Clerk of Superior Court of Jefferson County, Georgia, to which recorded plat, reference is made in aid of this description as to metes, bounds, courses, distances, and location of said property; LESS AND EXCEPTING THEREFROM all that lot, tract, or parcel of land, situate, lying, and being in the 81st G.M.D. of Jefferson County, Georgia, containing 6.07 acres, more or less, shown on that certain plat of survey, prepared by W.C. Howell, Georgia R.L.S. No. 2287, under date of March 22, 2012, recorded in Plat Book 3 at page 325 in the Office of the Clerk of Superior Court of Jefferson County, Georgia, to which recorded plat reference is made in aid of this description as to metes, bounds, courses, distances, and location of said property.

Tax Map and Parcel 0065 085

TRACT 2

All that lot or parcel of land situate, lying, and being in the 81st G.M.D. and 1460th G.M.D. of Jefferson County, Georgia, containing 25.85 acres, more or less, as delineated on a plat of survey dated February 22, 1995, prepared for Mark E. Lynam by Johnny E. Miller, R.L.S. No. 2302, said plat being recorded in the Office of the Clerk of Superior Court of Jefferson County, Georgia, in Deed Book 222 at page 391, reference being drawn to said plat for a more complete description as to courses, metes, distances, and bounds.

Tax Map and Parcel 0065 056