```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEF HOLDINGS, LLC,

                                        Plaintiff,

                -against-


C AND H PAVING, INC. AND BENJAMIN
CRANFORD, JR.,

                                        Defendants.

**ORDER**

**23-CV-6309 (JPC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

        Defendant Benjamin Crawford is hereby ordered to produce additional information sufficient to demonstrate his and Defendant C&H Paving Inc.'s financial resources and/or inability to pay an adverse judgement.  By no later than **Monday, April 15, 2024**, Defendant must produce to Plaintiff:

- Additional Financial Information for Defendant Company including but not limited to,
  - Tax Returns for C&H Paving for the Years 2022 and 2023;
  - Recent bank statements for any corporate accounts;
- Additional Personal Financial Information including but not limited to,
  - Mr. Cranford's W-2 statements for all employment, including as mayor of Thomson, Georgia, for the years 2022 and 2023;
  - Mr. Cranford's tax returns for the years 2022 and 2023.

Plaintiff shall maintain the confidentiality of this information and not disclose it to third parties and may not utilize it except for purposes of litigating this action and collecting on any judgment.

        **The Clerk of the Court is directed to mail a copy of this order to the Defendants.**


Dated: New York, New York
        March 29, 2024

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge