```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  NEF HOLDINGS, LLC,

                                              Plaintiff,          23-CV-6309 (JPC) (KHP)

              -against-

                                                                **ORDER**

C AND H PAVING, INC. AND BENJAMIN
CRAWFORD, JR.,

                                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        **By February 14, 2025**, the parties shall file a status letter updating the Court on their exchange of information about the amounts owed in this case, whether the case is ripe for motion practice, and the status of any settlement negotiations.

        **The Clerk of Court is respectfully directed to mail a copy of this order to Defendants.**

        **SO ORDERED.**

DATED:    New York, New York
                January 21, 2025

                                                             _/s/ Katharine H. Parker_
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge