USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEF HOLDINGS, LLC,

                    Plaintiff,

-against-

C AND H PAVING, INC. AND BENJAMIN CRANFORD, JR.,

                    Defendants.

23-CV-06309 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On February 18, 2025, Magistrate Judge Parker issued an Order requiring the parties to file any motions for summary judgment by March 18, 2025. *See* Dkt. No. 36. Judge Parker further ordered that any oppositions to such motions would be due by April 18, 2025. *Id.* On March 18, 2025, Plaintiff NEF Holdings, LLC filed a Motion for Summary Judgment. Dkt. No. 37. As of the date of this Order, Defendants have not responded to that Motion. If Defendants fail to respond to Plaintiff's Motion for Summary Judgment by **May 30, 2025**, the Court will consider the Motion unopposed.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendants.

Dated: May 21, 2025
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge