USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEF HOLDINGS, LLC,

Plaintiff,

vs.

C AND H PAVING, INC. and
BENJAMIN CRANFORD, JR.,

Defendants.

Civil Action No. 1:23-CV-06309-MMG-KHP

# ~~(PROPOSED)~~ JUDGMENT

This breach of contract action came on before the Honorable Margaret M. Garnett, United States District Judge, as a result of Plaintiff's Motion for Summary Judgment dated March 18, 2025 (ECF No. 37).

The Court has reviewed all of the papers filed in conjunction with such Motion and, on July 15, 2026, entered an Opinion and Order granting the Plaintiff's Motion and awarding to Plaintiff its damages in the amount of $2,623,610.07, plus $1,130,811.88 in pre-judgment interest as calculated in accordance with N.Y. C.P.L.R. § 5004.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the Plaintiff, against Defendants, as set forth herein, and the case is closed.

Dated at New York, New York, this 31 day of July, 2026.

SO ORDERED,

MARGARET M. GARNETT
United States District Judge